NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GOOGLE LLC,**
*Appellant*

**v.**

**SINGULAR COMPUTING LLC,**
*Appellee*

---

2022-1866, 2022-1867, 2022-1868

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00155, IPR2021-00165, IPR2021-00179.

---

## ORDER

Upon consideration of the above-captioned related appeals,

IT IS ORDERED THAT:

Appeal Nos. 2022-1866, 2022-1867, and 2022-1868 are consolidated, and thus one set of briefs should be filed for the three appeals. The revised official caption is reflected

2                         GOOGLE LLC v. SINGULAR COMPUTING LLC


above.  The certified lists remain due no later than July 13,
2022.



                                FOR THE COURT

June 13, 2022                   /s/ Peter R. Marksteiner
       Date                     Peter R. Marksteiner
                                Clerk of Court