FORM 26. Docketing Statement | Form 26 (p. 1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2022-1866, 2022-1867, 2022-1868

**Short Case Caption:** Google LLC v. Singular Computing LLC

**Filing Party/Entity:** Google LLC

> **Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| PTAB | IPR2021-00155<br>IPR2021-00165<br>IPR2021-00179 | Inter Partes Review |

**Relief sought on appeal:** ☐ None/Not Applicable

IPR2021-00155: Reversal of the PTAB's finding that claims 3 and 23 of U.S. Patent No. 10,416,961 were not shown to be unpatentable.
IPR2021-00165: Reversal of the PTAB's finding that claims 3-8 of U.S. Patent No. 9,218,156 were not shown to be unpatentable.
IPR2021-00179: Reversal of the PTAB's finding that claims 3-20, 25, 34-61, and 67-70 of U.S. Patent No. 8,407,273 were not shown to be unpatentable.

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

IPR2021-00155: The PTAB found claims 3 and 23 of U.S. Patent No. 10,416,961 were not shown to be unpatentable.
IPR2021-00165: The PTAB found claims 3-8 of U.S. Patent No. 9,218,156 were not shown to be unpatentable.
IPR2021-00179: The PTAB found claims 3-20, 25, 34-61, and 67-70 of U.S. Patent No. 8,407,273 were not shown to be unpatentable.

**Briefly describe the judgment/order appealed from:**

IPR2021-00155: Final written decision found that claims 3 and 23 of U.S. Patent No. 10,416,961 had not been proven to be unpatentable.
IPR2021-00165: Final written decision found that claims 3-8 of U.S. Patent No. 9,218,156 had not been proven to be unpatentable.
IPR2021-00179: Final written decision found that claims 3-20, 25, 34-61, and 67-70 of U.S. Patent No. 8,407,273 had not been proven to be unpatentable.

**Nature of judgment (select one):**     **Date of judgment:** 5/11/22

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain)

FORM 26. Docketing Statement                                Form 26 (p. 2)
                                                            July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued. ☐ None/Not Applicable

Issues to be raised on appeal: ☐ None/Not Applicable

IPR2021-00155: Whether the PTAB erred in determining that claims 3 and 23 of U.S. Patent No. 10,416,961 were not proven to be unpatentable.
IPR2021-00165: Whether the PTAB erred in determining that claims 3-8 of U.S. Patent No. 9,218,156 had not been proven to be unpatentable.
IPR2021-00179: Whether the PTAB erred in determining that claims 3-20, 25, 34-61, and 67-70 of U.S. Patent No. 8,407,273 had not been proven to be unpatentable.

Have there been discussions with other parties relating to settlement of this case?
☐ Yes   ☑ No

If "yes," when were the last such discussions?
  ☐ Before the case was filed below
  ☐ During the pendency of the case below
  ☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?   ☐ Yes   ☑ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation? ☐ Yes   ☑ No

Explain.

Settlement discussions did not progress.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

Date: 6/16/22                Signature: /s/ Nathan R. Speed
                             Name:      Nathan R. Speed

Save for Filing