FORM 8A. Entry of Appearance                        Form 8A (p.1)
                                                                                                        July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2022-1866, 2022-1867, 2022-1868

**Short Case Caption:** Google LLC v. Singular Computing LLC

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Singular Computing LLC

| | |
|---|---|
| **Principal Counsel:** Peter Lambrianakos | Admission Date: 11/16/2011 |
| Firm/Agency/Org.: FABRICANT LLP | |
| Address: 411 Theodore Fremd Avenue, Suite 206 South, Rye, NY 10580 | |
| Phone: (212) 257-5797 | Email: plambrianakos@fabricantllp.com |
| **Other Counsel:** Richard M. Cowell | Admission Date: 02/03/2011 |
| Firm/Agency/Org.: FABRICANT LLP | |
| Address: 411 Theodore Fremd Avenue, Suite 206 South, Rye, NY 10580 | |
| Phone: (212) 257-5797 | Email: rcowell@fabricantllp.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 6/17/22                            Signature: /s/ Peter Lambrianakos

                                                                                     Name: Peter Lambrianakos