

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

July 13, 2022

**NOTICE OF REVISED CAPTION**

Re: Google LLC v. Singular Computing LLC, Appeal No. 2022-1866

The court's official caption has been revised to reflect cross-appeals.

Please review the attached caption carefully and promptly advise this court in writing of any improper or inaccurate designations. The revised caption should be used on all future filings with the court. Previously submitted documents do not require correction.

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

By: A. Kleydman, Deputy Clerk

Attachment: Revised Official Caption

## Official Caption

**GOOGLE LLC,**
*Appellant*

**v.**

**SINGULAR COMPUTING LLC,**
*Cross-Appellant*

## Short Caption

Google LLC v. Singular Computing LLC