FORM 8A. Entry of Appearance                                    Form 8A (p.1)
                                                                  July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2022-2013, 2022-2014, 2022-2015

**Short Case Caption:** Singular Computing LLC v. Google LLC

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

| Google LLC | | |
|---|---|---|
| **Principal Counsel:** Nathan R. Speed | | Admission Date: 7/9/2010 |
| Firm/Agency/Org.: Wolf, Greenfield & Sacks, P.C. | | |
| Address: 600 Atlantic Avenue, Boston, MA 02210 | | |
| Phone: 617-646-8000 | Email: nspeed@wolfgreenfield.com | |
| **Other Counsel:** Gregory F. Corbett | | Admission Date: 7/12/2001 |
| Firm/Agency/Org.: Wolf, Greenfield & Sacks, P.C. | | |
| Address: 600 Atlantic Avenue, Boston, MA 02210 | | |
| Phone: 617-646-8000 | Email: gcorbett@wolfgreenfield.com | |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 7/27/22                    Signature: /s/ Nathan R. Speed

                                 Name:      Nathan R. Speed

**FORM 8A. Entry of Appearance**　　　　　　　　　　　　　　　　　　　　**Form 8A (p.2)**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**July 2020**

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Elisabeth H. Hunt | Admission Date: 3/21/2017 |
|---|---|
| Firm/Agency/Org.: Wolf, Greenfield & Sacks, P.C. | |
| Address: 600 Atlantic Avenue, Boston, MA 02210 | |
| Phone: 617-646-8000 | Email: ehunt@wolfgreenfield.com |
| **Other Counsel:** Anant K. Saraswat | Admission Date: 04/15/2014 |
| Firm/Agency/Org.: Wolf, Greenfield & Sacks, P.C. | |
| Address: 600 Atlantic Avenue, Boston, MA 02210 | |
| Phone: 617-646-8000 | Email: asaraswat@wolfgreenfield.com |
| **Other Counsel:** Eugene M. Paige | Admission Date: 12/28/1999 |
| Firm/Agency/Org.: Keker, Van Nest & Peters LLP | |
| Address: 633 Battery Street, San Francisco, CA 94111-1809 | |
| Phone: 415-391-5400 | Email: epaige@kvn.com |
| **Other Counsel:** Asim Bhansali | Admission Date: 2/1/2006 |
| Firm/Agency/Org.: Kwun Bhansali Lazarus LLP | |
| Address: 555 Montgomery Street, Suite 750, San Francisco, CA 94111 | |
| Phone: 415-630-2350 | Email: abhansali@kblfirm.com |
| **Other Counsel:** Michael Kwun | Admission Date: 7/10/2001 |
| Firm/Agency/Org.: Kwun Bhansali Lazarus LLP | |
| Address: 555 Montgomery Street, Suite 750, San Francisco, CA 94111 | |
| Phone: 415-630-2350 | Email: mkwun@kblfirm.com |