FORM 26. Docketing Statement                                          Form 26 (p. 1)
                                                                       July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2022-1866, -1867, -1868, -2013, -2014, -2015

**Short Case Caption:** Google LLC v. Singular Computing LLC

**Filing Party/Entity:** Singular Computing LLC

> **Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| P.T.A.B. | IPR2021-00155, -00165, -00179 | Inter Partes Review |

**Relief sought on appeal:** ☐ None/Not Applicable

Reversal of PTAB decision that certain claims were unpatentable.

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

PTAB determined certain claims were not unpatentable and that other claims were unpatentable.

**Briefly describe the judgment/order appealed from:**

PTAB Final Written Decisions in IPR2021-00155, -000165, and -00179, Paper No. 57 in each proceeding, May 11, 2022.

**Nature of judgment (select one):**     **Date of judgment:** 5/11/22

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

FORM 26. Docketing Statement

Form 26 (p. 2)
July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued. ☑ None/Not Applicable

Issues to be raised on appeal: ☐ None/Not Applicable

Whether the PTAB incorrectly found that certain claims of U.S. Patent Nos. 10,416,961, 9,218,156, and 8,407,723 were unpatentable.

Have there been discussions with other parties relating to settlement of this case?
☑ Yes ☐ No

If "yes," when were the last such discussions?
☑ Before the case was filed below
☐ During the pendency of the case below
☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated? ☐ Yes ☑ No

If they were mediated, by whom?

N/A

Do you believe that this case may be amenable to mediation? ☑ Yes ☐ No

Explain.

Parties engaged in unsuccessful settlement discussions, but Singular is willing to mediate.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

Date: 7/27/22   Signature: /s/ Peter Lambrianakos
                Name: Peter Lambrianakos

Save for Filing