

**UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

September 16, 2022

2022-1866 - Google LLC v. Singular Computing LLC

# NOTICE OF NON-COMPLIANCE

Your submitted document (Opening Brief and Confidential Opening Brief) is not in compliance with the rules of this court. Within <u>five</u> business days from the date of this notice, please submit a corrected version of this document correcting the following:

- The addendum contains material not permitted under Fed. R. App. P. 28(f), Fed. Cir. R. 28(a)(11)-(12), or Fed. R. App. P. 32.1(b).

- The filing is not completely text-searchable. When refiling a corrected version of this document, please make the document text-searchable in its entirety. Fed. Cir. R. 25(a)(1)(A). Refer to the court's Electronic Filing Procedures ("Portable Document Format (PDF)").

  *[Clerk's Note: Please ensure refiled documents are both flattened and text-searchable.]*

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in this document being stricken.</u> An appellant or petitioner's

failure to cure a defective filing may also result in the dismissal of the appeal.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court
By: A. Kleydman, Deputy Clerk