**2022-1866, 2022-1867, 2022-1868, 2022-2013, 2022-2014, 2022-2015**

# United States Court of Appeals for the Federal Circuit

**GOOGLE LLC,**
*Appellant*

v.

**SINGULAR COMPUTING LLC,**
*Cross-Appellant*

**Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Case Nos. IPR2021-00155, IPR2021-00165, and IPR2021-00179**

**APPELLANT GOOGLE LLC'S NOTICE OF CORRECTION REGARDING ITS CORRECTED CONFIDENTIAL OPENING BRIEF**

Eugene M. Paige
KEKER, VAN NEST & PETERS LLP
633 Battery St.
San Francisco, CA 94111
(415) 391-5400

Nathan R. Speed
Gregory F. Corbett
Elisabeth H. Hunt
Anant K. Saraswat
WOLF GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000

Asim Bhansali
Michael Kwun
KWUN, BHANSALI, LAZARUS LLP
555 Montgomery St., Suite 750
San Francisco, CA 94111
(415) 630-2350

*Counsel for Appellant Google LLC*

Appellant Google LLC files this Notice of Correction regarding its Corrected Confidential Opening Brief filed on September 19, 2022. Dkt. No. 26.

In filing its Corrected Confidential Opening Brief, Appellant inadvertently uploaded the non-confidential version of the brief rather than the confidential version. Appellant has refiled its Corrected Confidential Opening Brief using the correct version of the brief and no additional changes have been made.

                                              Respectfully submitted,

Date: September 19, 2022        */s/ Nathan R. Speed*
                                          Nathan R. Speed
                                          Wolf Greenfield & Sacks, P.C.
                                          600 Atlantic Avenue
                                          Boston, MA 02210
                                          Telephone: (617) 646-8000
                                          Fax: (617) 646-8646

                                          *Counsel for Appellant Google LLC*

I hereby certify that on September 19, 2022, in accordance with Fed. Cir. R. 25 and the Court's Administrative Order Regarding Electronic Filing, the foregoing Notice of Correction was filed on the CM/ECF system, which constitutes service of these documents on all counsel of record.

By: */s/ Nathan R. Speed*
Nathan R. Speed