**2022-1866, 2022-1867, 2022-1868, 2022-2013, 2022-2014, 2022-2015**

# United States Court of Appeals
## for the
## Federal Circuit

**GOOGLE LLC**,
Appellant

v.

**SINGULAR COMPUTNG LLC**,
Cross-Appellant

Appeals from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in
Case Nos. IPR2021-00155, IPR2021-00165, and IPR2021-00179

**CROSS-APPELLANT'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE
CROSS-APPELLANT'S PRINCIPAL AND RESPONSIVE BRIEF**

Peter Lambrianakos
Richard M. Cowell

*Attorneys for Cross-Appellant*

FABRICANT LLP
411 Theodore Fremd Avenue
Suite 206 South
Rye, New York 10580
(212) 257-5797
plambrianakos@fabricantllp.com
rcowell@fabricantllp.com

# **CERTIFICATE OF INTEREST**

Counsel for Singular Computing LLC certifies the following:

1. Provide the full names of all entities represented by undersigned counsel in this case:

   **Singular Computing LLC**

2. Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities:

   **None/Not Applicable**

3. Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more of the stock in the entities:

   **None/Not Applicable**

4. List all law firms and the partners or associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4):

   **FABRICANT LLP, 411 Theodore Fremd Avenue, Rye, New York 10580; Alfred Fabricant, Vincent Rubino, and Enrique Iturralde**

   **PRINCE LOBEL TYE LLP, 1 International Place, Suite 3000, Boston, Massachusetts 02110; James Foster, Matthew Vella, Brian Seeve**

5. Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). *See also* Fed. Cir. R. 47.5(b):

   **None/Not Applicable**

6. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

   **None/Not Applicable**

Dated: October 6, 2022                By:   */s/ Peter Lambrianakos*
                                            Peter Lambrianakos
                                            Fabricant LLP

Pursuant to Fed. R. App. P. 26(b) and Federal Circuit Rules 26(b) and 27(h), Appellee and Cross-Appellant Singular Computing LLC ("Cross-Appellant" or "Singular") respectfully moves the Court for a sixty (60) day extension of time within which to file its principal and responsive brief ("Brief").

The requested extension would modify the filing deadline for Cross-Appellant's Brief from October 24, 2022 to December 23, 2022. This Motion is timely filed at least seven (7) days before the date sought to be extended. This is Cross-Appellant's first request for an extension in this appeal.

Cross-Appellant seeks this extension for good cause, including accommodating the professional commitments of Cross-Appellant's counsel during the ongoing pandemic.

For the foregoing reasons, and supported by the Declaration of Peter Lambrianakos, Cross-Appellant respectfully requests that the Court grant this Motion to extend the time to file Cross-Appellant's Brief to December 23, 2022.

Cross-Appellant requested Google LLC's ("Appellee" or "Google") consent to a 60-day extension to file Cross-Appellant's Brief. Google does not oppose this Motion.

## I.   ARGUMENT

There is good cause for an extension. Because of conflicts arising for concurrent litigation responsibilities of Cross-Appellant's counsel during the

pendency of its Brief, as well as the ongoing pandemic, Cross-Appellant requires an adjustment to the Briefing Schedule to complete a thorough review of the record and to prepare its arguments.

Counsel of record are scheduled to appear at a *Markman* hearing on October 14, 2022 in *Jawbone Innovations LLC v. Apple, Inc.* No. 6:21-cv-984-ADA (W.D. Tex.) and *Jawbone Innovations LLC v. Google LLC*, No. 6:21-cv-985-ADA (W.D. Tex.).

In addition, counsel of record served opening expert reports in *Jawbone Innovations LLC v. Samsung Elecs. Co., Ltd.*, No. 2:21-cv-00186-JRG-RSP (E.D. Tex.) on September 19, 2022. Counsel of record also are working with expert witnesses to prepare rebuttal expert reports due October 18, 2022. In this matter, counsel of record is expected to participate in and conduct numerous depositions leading up to the close of expert discovery on October 27, 2022. Each of the above-identified commitments also involves substantial coordination with and preparation of remotely located experts and/or witnesses. This process has been hampered by the ongoing pandemic which makes travel and coordination difficult.

Additionally, during the months of October and November, counsel of record are currently scheduled to file responses in the following Patent Trial and Appeal Board matters: *Jawbone Innovations LLC v. Google LLC*, IPR2022-01060 due October 6, 2022; *Jawbone Innovations LLC v. Google LLC*, IPR2022-01061 due

October 6, 2022; *Jawbone Innovations LLC v. Google LLC*, IPR2022-01124 due October 6, 2022; *Jawbone Innovations LLC v. Samsung Elecs. Co., Ltd.*, IPR2022-001021 due October 7, 2022; *Jawbone Innovations LLC v. Apple Inc.*, IPR2022-01147 due October 7, 2022; *Jawbone Innovations LLC v. Apple Inc.*, IPR2022-01085 due October 13, 2022; *Jawbone Innovations LLC v. Apple Inc.*, IPR2022-01243 due October 19, 2022; *Jawbone Innovations LLC v. Apple Inc.*, IPR2022-01244 due October 20, 2022; *RFCyber Corp. v. Apple Inc.*, IPR2022-01239 due October 25, 2022; *Shenzhen RFCyber Asset Management LLP v. Apple Inc.*, IPR2022-01240 due October 25, 2022; *Shenzhen RFCyber Asset Management LLP v. Apple Inc.*, IPR2022-01241 due October 25, 2022; *RFCyber Corp. v. Apple Inc.*, IPR2022-01256 due October 25, 2022; *Jawbone Innovations LLC v. Samsung Elecs. Co., Ltd.*, IPR2022-01320 due November 5, 2022; *Jawbone Innovations LLC v. Samsung Elecs. Co., Ltd.*, IPR2022-01321 due November 5, 2022; *Jawbone Innovations LLC v. Samsung Elecs. Co., Ltd.*, IPR2022-01322 due November 5, 2022; *Jawbone Innovations LLC v. Samsung Elecs. Co., Ltd.*, IPR2022-01323 due November 5, 2022; *RFCyber Corp. v. Apple Inc.*, IPR2022-00412 due November 18, 2022; and *RFCyber Corp. v. Apple Inc.*, IPR2022-00413 due November 18, 2022.

For each of the above scheduling items, there are additional complexities arising from the ongoing restrictions on access to businesses, courts, and spaces, and the remoteness of counsel, experts, and witnesses.

Collectively, the complexity of the issues presented in this appeal and cross-appeal, and counsel's litigation commitments in other matters during the ongoing pandemic, necessitate Cross-Appellant's request for a 60-day extension.

Pursuant to the Court's Rules and ECF Notice of September 21, 2022, the existing due date for Cross-Appellant's Brief is October 24, 2022. The revised date now sought by Cross-Appellant is December 23, 2022, representing a 60-day extension.

This is Cross-Appellant's first request for an extension in this Appeal. As detailed above, counsel for Cross-Appellant has conferred with counsel for Appellant Google. Google does not object to the requested 60-day extension and does not intend to file a response to this Motion.

## II.    CONCLUSION

For the foregoing reasons, Singular respectfully submits that good cause exists to grant this Motion for a 60-day extension for the filing of its Brief from October 24, 2022 to December 23, 2022.

Dated: October 6, 2022                Respectfully submitted,

 */s/ Peter Lambrianakos*
Peter Lambrianakos

Richard M. Cowell
**FABRICANT LLP**
411 Theodore Fremd Avenue
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

*Attorneys for Cross-Appellant*
*Singular Computing LLC*

# **CERTIFICATE OF COMPLIANCE**

I certify that this Motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). This Motion contains 773 words, excluding the parts of the Motion exempted by Fed. R. App. 27(d) and Fed. Cir. R. 27(d). This Motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. 32(a)(6). This Motion has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in 14 point Times New Roman font.

Dated: October 6, 2022              Respectfully submitted,

 /s/ *Peter Lambrianakos*
Peter Lambrianakos
Richard M. Cowell
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

*Attorneys for Cross-Appellant*
*Singular Computing LLC*

**2022-1866, 2022-1867, 2022-1868, 2022-2013, 2022-2014, 2022-2015**

# United States Court of Appeals
## for the
## Federal Circuit

**GOOGLE LLC**,
Appellant

v.

**SINGULAR COMPUTNG LLC**,
Cross-Appellant

Appeals from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in
Case Nos. IPR2021-00155, IPR2021-00165, and IPR2021-00179

**DECLARATION OF PETER LAMBRIANAKOS IN SUPPORT OF CROSS-APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CROSS-APPELLANT'S RESPONSIVE BRIEF**

| | |
|---|---|
| Peter Lambrianakos<br>Richard M. Cowell<br><br><br><br>*Attorneys for Cross-Appellant* | FABRICANT LLP<br>411 Theodore Fremd Avenue<br>Suite 206 South<br>Rye, New York 10580<br>(212) 257-5797<br>plambrianakos@fabricantllp.com<br>rcowell@fabricantllp.com |

I, Peter Lambrianakos, declare as follows:

1.   I am an attorney admitted to practice before the Court of Appeals for the Federal Circuit. I have entered an appearance in this Appeal as the principal counsel for Cross-Appellant Singular Computing LLC ("Cross-Appellant" or "Singular").

2.   Pursuant to Fed. R. App. P. 26(b) (5), I submit this declaration in support of Singular's unopposed motion to extend the time to file its principal and responsive brief ("Brief").

3.   Singular requests an extension of the due date for its Brief by sixty (60) days from October 24, 2022 to December 23, 2022.

4.   Counsel for Google LLC ("Appellee" or "Google") has confirmed that it does not oppose this Motion.

5.   This is Singular's first request for an extension of time.

6.   Singular requires the additional requested time to address (a) the complex issues on appeal and (b) concurrent litigation commitments of the attorneys of record.

7.   The attorneys of record, including myself, have conflicting litigation commitments across various tribunals during this period arising from pre-existing litigation commitments and post-postponed litigation commitments resulting from the public health efforts in response to the COVID-19 pandemic.

8. Counsel of record are scheduled to appear at a *Markman* hearing on October 14, 2022 in *Jawbone Innovations LLC v. Apple, Inc.* No. 6:21-cv-984-ADA (W.D. Tex.) and *Jawbone Innovations LLC v. Google LLC*, No. 6:21-cv-985-ADA (W.D. Tex.).

9. In addition, counsel of record served opening expert reports in *Jawbone Innovations LLC v. Samsung Elecs. Co., Ltd.*, No. 2:21-cv-00186-JRG-RSP (E.D. Tex.) on September 19, 2022. Counsel of record also are working with expert witnesses to prepare rebuttal expert reports due October 18, 2022. In this matter, counsel of record is expected to participate in and conduct numerous depositions leading up to the close of expert discovery on October 27, 2022. Each of the above-identified commitments also involves substantial coordination with and preparation of remotely located experts and/or witnesses. This process has been hampered by the ongoing pandemic which makes travel and coordination difficult.

10. Additionally, during the months of October and November, counsel of record are currently scheduled to file responses in the following Patent Trial and Appeal Board matters: *Jawbone Innovations LLC v. Google LLC*, IPR2022-01060 due October 6, 2022; *Jawbone Innovations LLC v. Google LLC*, IPR2022-01061 due October 6, 2022; *Jawbone Innovations LLC v. Google LLC*, IPR2022-01124 due October 6, 2022; *Jawbone Innovations LLC v. Samsung Elecs. Co., Ltd.*, IPR2022-01021 due October 7, 2022; *Jawbone Innovations LLC v. Apple Inc.*, IPR2022-

01147 due October 7, 2022; *Jawbone Innovations LLC v. Apple Inc.*, IPR2022-01085 due October 13, 2022; *Jawbone Innovations LLC v. Apple Inc.*, IPR2022-01243 due October 19, 2022; *Jawbone Innovations LLC v. Apple Inc.*, IPR2022-01244 due October 20, 2022; *RFCyber Corp. v. Apple Inc.*, IPR2022-01239 due October 25, 2022; *Shenzhen RFCyber Asset Management LLP v. Apple Inc.*, IPR2022-01240 due October 25, 2022; *Shenzhen RFCyber Asset Management LLP v. Apple Inc.*, IPR2022-01241 due October 25, 2022; *RFCyber Corp. v. Apple Inc.*, IPR2022-01256 due October 25, 2022; *Jawbone Innovations LLC v. Samsung Elecs. Co., Ltd.*, IPR2022-01320 due November 5, 2022; *Jawbone Innovations LLC v. Samsung Elecs. Co., Ltd.*, IPR2022-01321 due November 5, 2022; *Jawbone Innovations LLC v. Samsung Elecs. Co., Ltd.*, IPR2022-01322 due November 5, 2022; *Jawbone Innovations LLC v. Samsung Elecs. Co., Ltd.*, IPR2022-01323 due November 5, 2022; *RFCyber Corp. v. Apple Inc.*, IPR2022-00412 due November 18, 2022; and *RFCyber Corp. v. Apple Inc.*, IPR2022-00413 due November 18, 2022.

11. For each of the above scheduling items, there are additional complexities arising from the ongoing restrictions on access to business, courts, and spaces, and the remoteness of counsel, experts, and witnesses.

3

12. Collectively, the complexity of the issues presented in this appeal and counsel's litigation commitments in other matters necessitate Cross-Appellant's request for a 60-day extension.

13. The existing due date for Cross-Appellant's Brief is October 24, 2022. The revised date now sought by Cross-Appellant is December 23, 2022, representing a 60-day extension.

14. Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing statements are true and correct.

Dated: October 6, 2022                     */s/ Peter Lambrianakos*
                                            Peter Lambrianakos

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be electronically filed the foregoing Cross-Appellant's Motion for Extension of Time to File Cross-Appellant's Principal and Responsive Brief with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system on October 6, 2022 and thus caused to be served on all registered counsel of record a copy of the same via the CM/ECF system.

Dated:  October 6, 2022                                      */s/ Peter Lambrianakos*
                                                                                  Peter Lambrianakos