**2022-1866, 2022-1867, 2022-1868, 2022-2013, 2022-2014, 2022-2015**

# United States Court of Appeals
## for the
## Federal Circuit

**GOOGLE LLC**,
Appellant

v.

**SINGULAR COMPUTING LLC**,
Cross-Appellant

Appeals from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in
Case Nos. IPR2021-00155, IPR2021-00165, and IPR2021-00179

**CROSS-APPELLANT'S UNOPPOSED MOTION TO DISMISS
CROSS-APPEAL NOS. 2022-2013, 2022-2014, AND 2022-2015**

Peter Lambrianakos
Richard M. Cowell
Alfred R. Fabricant
Vincent J. Rubino, III

*Attorneys for Cross-Appellant*

FABRICANT LLP
411 Theodore Fremd Avenue
Suite 206 South
Rye, New York 10580
(212) 257-5797
plambrianakos@fabricantllp.com
rcowell@fabricantllp.com
ffabricant@fabricantllp.com
vurbino@fabricantllp.com

# CERTIFICATE OF INTEREST

Counsel for Singular Computing LLC certifies the following:

1. Provide the full names of all entities represented by undersigned counsel in this case:

   **Singular Computing LLC**

2. Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities:

   **None/Not Applicable**

3. Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more of the stock in the entities:

   **None/Not Applicable**

4. List all law firms and the partners or associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4):

   **FABRICANT LLP, 411 Theodore Fremd Avenue, Rye, New York 10580; Enrique Iturralde**

   **PRINCE LOBEL TYE LLP, 1 International Place, Suite 3000, Boston, Massachusetts 02110; James Foster, Matthew Vella, Brian Seeve**

5. Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). *See also* Fed. Cir. R. 47.5(b):

   **None/Not Applicable**

6.  Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

    **None/Not Applicable**

Dated:  December 16, 2022      By:   */s/ Peter Lambrianakos*
                                                       Peter Lambrianakos
                                                     Fabricant LLP

## UNOPPOSED MOTION TO DISMISS CROSS-APPEALS

Pursuant to Fed. R. App. P. 42(b), Cross-Appellant Singular Computing LLC ("Cross-Appellant" or "Singular") respectfully moves the Court to dismiss Cross-Appeal Nos. 2022-2013, 2022-2014, and 2022-2015 in the above-captioned matter, with each side to bear its own costs. Counsel for Singular has conferred with Counsel for Appellant Google LLC regarding the substance of this Motion, who has indicated it does not oppose this Motion and will not file a response.

Dated:  December 16, 2022    Respectfully submitted,

 /s/ Peter Lambrianakos
Peter Lambrianakos
Richard M. Cowell
Alfred R. Fabricant
Vincent J. Rubino, III
**FABRICANT LLP**
411 Theodore Fremd Avenue
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

*Attorneys for Cross-Appellant Singular Computing LLC*

# **CERTIFICATE OF COMPLIANCE**

I certify that this Motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). This Motion contains 75 words, excluding the parts of the Motion exempted by Fed. R. App. 27(d) and Fed. Cir. R. 27(d). This Motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. 32(a)(6). This Motion has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in 14 point Times New Roman font.

Dated: December 16, 2022

Respectfully submitted,

/s/ *Peter Lambrianakos*
Peter Lambrianakos
Richard M. Cowell
Alfred R. Fabricant
Vincent J. Rubino, III
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

*Attorneys for Cross-Appellant*
*Singular Computing LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused to be electronically filed the foregoing Cross-Appellant's Unopposed Motion to Dismiss Cross-Appeal Nos. 2022-2013, 2022-2014, and 2022-2015 with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system on December 16, 2022 and thus caused to be served on all registered counsel of record a copy of the same via the CM/ECF system.

Dated:  December 16, 2022         */s/ Peter Lambrianakos*
                                            Peter Lambrianakos