**2022-1866, 2022-1867, 2022-1868, 2022-2013, 2022-2014, 2022-2015**

# United States Court of Appeals
# for the Federal Circuit

**GOOGLE LLC,**
*Appellant*

v.

**SINGULAR COMPUTING LLC,**
*Cross-Appellant*

**Appeals from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in Case Nos.
IPR2021-00155, IPR2021-00165, and IPR2021-00179**

**APPELLANT GOOGLE LLC's UNOPPOSED MOTION FOR 14-DAY
EXTENSION OF TIME TO FILE ITS REPLY BRIEF**

Eugene M. Paige
KEKER, VAN NEST & PETERS LLP
633 Battery St.
San Francisco, CA 94111
(415) 391-5400


Asim Bhansali
Michael Kwun
KWUN, BHANSALI, LAZARUS LLP
555 Montgomery St., Suite 750
San Francisco, CA 94111
(415) 630-2350

Nathan R. Speed
Gregory F. Corbett
Elisabeth H. Hunt
Anant K. Saraswat
WOLF GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000

*Counsel for Appellant Google LLC*

FORM 9. Certificate of Interest

Form 9 (p. 1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF INTEREST</u>

| | |
|---|---|
| **Case Number** | 2022-2013, 2022-2014, 2022-2015 |
| **Short Case Caption** | Singular Computing LLC v. Google LLC |
| **Filing Party/Entity** | Google LLC |

> **Instructions:** Complete each section of the form.  In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.  **Please enter only one item per box; attach additional pages as needed and check the relevant box**.  Counsel must immediately file an amended Certificate of Interest if information changes.  Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 01/05/2023

Signature: /s/ Nathan R. Speed

Name: Nathan R. Speed

FORM 9. Certificate of Interest

| 1. **Represented Entities.** Fed. Cir. R. 47.4(a)(1). | 2. **Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | 3. **Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☐ None/Not Applicable |
| Google LLC | | XXVI Holdings Inc.; Alphabet Inc. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐  Additional pages attached

FORM 9. Certificate of Interest

Form 9 (p. 3)
July 2020

---

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐   None/Not Applicable      ☐   Additional pages attached

| | | |
|---|---|---|
| Wolf, Greenfield & Sacks, P.C. | Adam R. Wichman | |
| Wolf, Greenfield & Sacks, P.C. | Richard F. Giunta | |
| | | |

---

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☐   None/Not Applicable      ☐   Additional pages attached

| | | |
|---|---|---|
| Singular Computing LLC v. Google LLC | 1:19-cv-12551 | (DMA) |
| | | |
| | | |

---

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑   None/Not Applicable      ☐   Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Appellant Google LLC. ("Google") hereby respectfully requests an extension of the deadline to file its Reply Brief. Although unclear, Google believes its Reply Brief may be due on or before January 13, 2023. Google seeks a 14-day extension of time, thereby making **January 27, 2023** the revised deadline for filing its Reply Brief.

Google has not previously sought any extensions. Counsel for Cross-Appellant Singular Computing LLC ("Singular") has been informed of this motion and has told Google's counsel that Singular does not oppose Google's requested extension.

Good cause exists for the requested extension. On December 16, 2022, Singular filed a motion to dismiss its three cross-appeals: Case Nos. 2022-2013, 2022-2014, 2022-2015. *See* Dkt. No. 35. The Court has not yet ruled upon Singular's motion to dismiss. The status of the pending motion to dismiss makes it unclear whether Google's next brief is a Reply Brief that is currently due on January 13, 2023, *i.e.*, 21-days after Singular filed its principal brief on December 23, 2022, or is a Response and Reply Brief that would be due on February 1, 2023, *i.e.*, 40-days after Singular filed its principal brief. Granting Google's motion would therefore set a date certain by which Google would file its brief.

-1-

Further good cause exists because Singular served its opening brief on December 23, 2022, and counsel for Google had several personal commitments during the holiday season that further justify the requested extension. Google's counsel is also responsible for matters with upcoming deadlines that require significant effort in parallel with this appeal, including preparation of responsive expert reports that are due on February 10, 2023 in the related district court litigation, *Singular Computing LLC v. Google LLC*, 1-19-cv-12551 (D. Mass.).

For the foregoing reasons, Google respectfully requests that this Court grant its Unopposed Motion for a 14-day Extension of Time to File Its Reply Brief, and set the deadline for filing Google's Reply Brief to **January 27, 2023**.

Respectfully submitted,

Date:  January 5, 2023

*/s/ Nathan R. Speed*

Nathan R. Speed
WOLF GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000
Fax: (617) 646-8646

*Counsel for Appellant Google LLC*

# **CERTIFICATE OF COMPLIANCE**

I hereby certify under Fed. R. App. P. 27(d)(2)(A) that this motion contains 334 words, as determined by the automated count feature of Microsoft Word, and excluding the parts of the motion exempted by Fed. Cir. R. 27(d); and that this motion complies with the typeface and type style requirements of Fed. R. App. P. 27(d)(1)(E).


Dated:  January 5, 2023

*/s/ Nathan R. Speed*
Nathan R. Speed
WOLF GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000
Fax: (617) 646-8646

*Counsel for Appellant Google LLC*

## <u>CERTIFICATE OF SERVICE AND FILING</u>

I hereby certify that on January 5th, 2023, I electronically filed, or caused to be filed, the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all registered users.

Dated:  January 5, 2023

/s/ Nathan R. Speed

Nathan R. Speed
WOLF GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000
Fax: (617) 646-8646

*Counsel for Appellant Google LLC*