NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GOOGLE LLC,**
*Appellant*

v.

**SINGULAR COMPUTING LLC,**
*Appellee*

---

2022-1866, 2022-1867, 2022-1868

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00155, IPR2021-00165, and IPR2021-00179.

-------------------------------------------------

**SINGULAR COMPUTING LLC,**
*Appellant*

v.

**GOOGLE LLC,**
*Appellee*

---

2022-2013, 2022-2014, 2022-2015

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00155, IPR2021-00165, and IPR2021-00179.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Singular Computing LLC's unopposed motion to voluntarily dismiss Cross-Appeal Nos. 2022-2013, 2022-2014, and 2022-2015 pursuant to Federal Rule of Appellate Procedure 42(b),

IT IS ORDERED THAT:

(1) The motion is granted to the extent that Cross-Appeal Nos. 2022-2013, 2022-2014, and 2022-2015 are dismissed and each side shall bear its own costs for those appeals.

(2) The revised official caption for the remaining appeals is reflected above.

(3) The Clerk of Court shall transmit a copy of this order to the merits panel assigned to this case.

FOR THE COURT

January 9, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

ISSUED AS A MANDATE (for Cross-Appeal Nos. 2022-2013, 2022-2014, and 2022-2015): January 9, 2023