NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**GOOGLE LLC,**
*Appellant*

**v.**

**SINGULAR COMPUTING LLC,**
*Appellee*

2022-1866, 2022-1867, 2022-1868

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00155, IPR2021-00165, and IPR2021-00179.

**ON MOTION**

**O R D E R**

Upon consideration of Google LLC's unopposed motion for an extension of time, until January 27, 2023, to file the reply brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

January 9, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court