**2022-1866, 2022-1867, 2022-1868**

# United States Court of Appeals for the Federal Circuit

**GOOGLE LLC,**
*Appellant*

v.

**SINGULAR COMPUTING LLC,**
*Appellee*

**Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Case Nos. IPR2021-00155, IPR2021-00165, and IPR2021-00179**

**JOINT STATEMENT OF COMPLIANCE WITH FEDERAL CIRCUIT RULE 33(A)**

The parties to these consolidated appeals file this joint statement certifying compliance with Federal Circuit Rule 33(a). Appellant Google LLC has conferred regarding settlement with Appellee Singular Computing LLC. No settlement was reached.

Dated: February 2, 2023

<table>
<tr><td>

*/s/ Peter Lambrianakos*
Alfred R. Fabricant
Peter Lambrianakos
Vincent J. Rubino, III
Enrique W. Iturralde
FABRICANT LLP
411 Theodore Fremd Avenue
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

James J. Foster
PRINCE LOBEL TYE LLP
One International Place
Suite 3700
Boston, MA 02110
(617) 456-8000

</td><td>

*/s/ Nathan R. Speed*
Nathan R. Speed
Gregory F. Corbett
Elisabeth H. Hunt
Anant K. Saraswat
WOLF GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000
Fax: (617) 646-8646

Eugene M. Paige
KEKER, VAN NEST & PETERS LLP
633 Battery St.
San Francisco, CA 94111
(415) 391-5400

Asim Bhansali
Michael Kwun
KWUN, BHANSALI, LAZARUS LLP
555 Montgomery St., Suite 750
San Francisco, CA 94111
(415) 630-2350

</td></tr>
</table>

*Counsel for Appellee Singular Computing LLC*

*Counsel for Appellant Google LLC*

## CERTIFICATE OF SERVICE AND FILING

I hereby certify that a true and correct copy of the foregoing **Joint Statement of Compliance with Federal Circuit Rule 33(a)** has been electronically filed with the Clerk of Court using the CM/ECF system, which will serve via e-mail notice of such filing to all counsel registered as CM/ECF users.

Date: February 2, 2023

/s/ *Nathan R. Speed*
Nathan R. Speed
WOLF GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA  02210
Telephone: (617) 646-8000
Fax: (617) 646-8646
nspeed@wolfgreenfield.com

*Counsel for Appellant Google, LLC*