**2022-1866, 2022-1867, 2022-1868**

# United States Court of Appeals for the Federal Circuit

**GOOGLE LLC,**
*Appellant*

v.

**SINGULAR COMPUTING LLC,**
*Appellee*

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Case Nos. IPR2021-00155, IPR2021-00165, and IPR2021-00179

### APPELLANT GOOGLE LLC'S CERTIFICATE OF COMPLIANCE WITH FEDERAL CIRCUIT RULE 25.1

Eugene M. Paige
KEKER, VAN NEST & PETERS LLP
633 Battery St.
San Francisco, CA 94111
(415) 391-5400

Nathan R. Speed
Gregory F. Corbett
Elisabeth H. Hunt
Anant K. Saraswat
WOLF GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000

Asim Bhansali
Michael Kwun
KWUN, BHANSALI, LAZARUS LLP
555 Montgomery St., Suite 750
San Francisco, CA 94111
(415) 630-2350

*Counsel for Appellant Google LLC*

Appellant Google LLC certifies that it has complied with Federal Circuit Rule 25.1.

Dated: February 2, 2023

/s/ Nathan R. Speed
Nathan R. Speed
WOLF GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA  02210
Telephone: (617) 646-8000
Fax: (617) 646-8646

*Counsel for Appellant Google LLC*

# CERTIFICATE OF SERVICE AND FILING

I hereby certify that a true and correct copy of the foregoing **Appellant Google LLC's Certificate of Compliance with Federal Circuit Rule 25.1** has been electronically filed with the Clerk of Court using the CM/ECF system, which will serve via e-mail notice of such filing to all counsel registered as CM/ECF users.

Date: February 2, 2023

/s/ *Nathan R. Speed*
Nathan R. Speed
WOLF GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000
Fax: (617) 646-8646
nspeed@wolfgreenfield.com

*Counsel for Appellant Google, LLC*