

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER  
CLERK OF COURT

CLERK'S OFFICE  
202-275-8000

February 2, 2023

2022-1866 - Google LLC v. Singular Computing LLC

# NOTICE OF NON-COMPLIANCE

Your submitted documents (Confidential Response Brief and Response Brief) are not in compliance with the rules of this court. Within <u>five</u> business days from the date of this notice, please submit a corrected version of this document correcting the following:

- **Nonconfidential Brief:** The cover does not contain the title of the document. Fed. R. App. P. 32(a)(2)(E).

    *[Clerk's Note: The nonconfidential brief is titled as "Confidential Response Brief."]*

- **Confidential and Nonconfidential Briefs:** Any reference in a brief to the underlying record or to material authorized to be included in an appendix must be to the corresponding appendix page number(s) and follow the format prescribed by the court's [Electronic Filing Procedures](#) ("Appendix Formatting"). Fed. Cir. R. 28(f); Fed. Cir. R. 29(c).

    *[Clerk's Note: For examples, see "Appx164-67" on page 20, "Appx158-59" on page 34, etc.]*

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in this document being stricken.</u> An appellant or petitioner's

failure to cure a defective filing may also result in the dismissal of the appeal.

                                       FOR THE COURT

                                       <u>/s/ Peter R. Marksteiner</u>
                                       Peter R. Marksteiner
                                       Clerk of Court
                                       By: A. Kleydman, Deputy Clerk