**2022-1866, 2022-1867, 2022-1868**

# United States Court of Appeals for the Federal Circuit

**GOOGLE LLC,**
*Appellant*

v.

**SINGULAR COMPUTING LLC,**
*Appellee*

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Case Nos. IPR2021-00155, IPR2021-00165, and IPR2021-00179

**NOTICE OF CORRECTION TO REPLY BRIEF OF APPELLANT**

Eugene M. Paige
KEKER, VAN NEST & PETERS LLP
633 Battery St.
San Francisco, CA 94111
(415) 391-5400

Asim Bhansali
Michael Kwun
KWUN, BHANSALI, LAZARUS LLP
555 Montgomery St., Suite 750
San Francisco, CA 94111
(415) 630-2350

Nathan R. Speed
Gregory F. Corbett
Elisabeth H. Hunt
Anant K. Saraswat
WOLF GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000

*Counsel for Appellant Google LLC*

Pursuant to Federal Circuit Rule 25(i)(3), Appellant Google LLC notices the following non-substantive corrections to the confidential and non-confidential Reply Brief of Appellant Google LLC, both of which were filed on January 27, 2023 (Dkt. Nos. 42-43). These non-substantive corrections were identified during the process of compiling the joint appendix for these appeals.

| Page | Original | Changed To: |
|---|---|---|
| 27 | Appx9614-9703 | Appx9614-9620 |
| 29 | Appx7387-7842 | Appx7837-7842 |

Dated: February 3, 2023

/s/ Nathan R. Speed
Nathan R. Speed
WOLF GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA  02210
Telephone: (617) 646-8000
Fax: (617) 646-8646

*Counsel for Appellant Google LLC*

## CERTIFICATE OF SERVICE AND FILING

I hereby certify that a true and correct copy of the foregoing **Notice of Correction** has been electronically filed with the Clerk of Court using the CM/ECF system, which will serve via e-mail notice of such filing to all counsel registered as CM/ECF users.

Date: February 3, 2023

*/s/ Nathan R. Speed*
Nathan R. Speed
WOLF GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA  02210
Telephone: (617) 646-8000
Fax: (617) 646-8646
nspeed@wolfgreenfield.com

*Counsel for Appellant Google, LLC*