

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

February 9, 2023

2022-1866 - Google LLC v. Singular Computing LLC

# NOTICE OF NON-COMPLIANCE

Your submitted documents (Appendix and Confidential Appendix) are not in compliance with the rules of this court. Within <u>five</u> business days from the date of this notice, please submit a corrected version of these documents correcting the following:

- **Confidential Appendix:** The quality of the document reproduced for electronic filing does not meet the required specifications. Fed. R. App. P. 32(b)(2).

  *[Clerk's Note: Volumes I-III of the confidential appendix contain editable material. Users must lock or "flatten" PDF documents before filing.]*

- **Confidential Appendix:** The document does not contain the required proof of service or the proof of service indicates improper service of material that cannot be served through the court's electronic filing system. Fed. R. App. P. 25(d); Fed. Cir. R. 25(e). If a party has stated consent to an alternative method of service than that required by the rule, the proof of service must so indicate. Fed. R. Cir. 25(e)(4).

  *[Clerk's Note: Filers cannot serve confidential information through the court's electronic filing system. When a document is filed in two versions pursuant to Federal Circuit Rule 25.1, the filer must serve all other authorized parties using one of the other service methods permitted by Federal Rule of Appellate Procedure 25(c).]*

- **Appendix:** The nonconfidential version must describe the general nature of the confidential material that has been deleted, with applicable page numbers, in the table of contents, or in the introductory paragraph of the document if it does not contain a table of contents. Fed. Cir. R. 25.1(e)(1)(B).

Refer to the Practice Notes to Rule 25.1 (Describing the General Nature of Confidential Material Deleted from the Nonconfidential Version).

*[Clerk's Note: Please ensure all applicable page numbers are represented in the statement regarding omitted confidential material. For examples, see Appx4049; Appx4051-4059, etc.]*

* * *

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in this document being stricken.</u> An appellant or petitioner's failure to cure a defective filing may also result in the dismissal of the appeal.

FOR THE COURT

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court
By: A. Kleydman, Deputy Clerk