FORM 32. Response to Notice to Advise of Scheduling Conflicts    Form 32
                                                                 July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

**Case Number:** Google LLC v. Singular Computing LLC, 22-1866, 22-1867, 22-1868

**Short Case Caption:** Google LLC v. Singular Computing LLC

| | |
|---|---|
| **Party Name(s)** | Google LLC |
| **Name of Arguing Counsel** | Nathan R. Speed |
| **Dates Unavailable**<br><br>List up to **ten dates** of unavailability within the specific sessions identified by the court in the Notice to Advise of Scheduling Conflicts in this case.<br><br>**Attach a statement showing good cause for each listed date.** Dates listed without a supporting statement will not be considered in scheduling argument. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34. | |
| **Potential Other Conflicts**<br><br>Please list other pending cases before this court in which above counsel intends to argue (regardless of case status). | Parus Holdings Inc. v. Google, LLC, 22-1269, 22-1270<br>Koss Corp. v. Bose Corp., 22-2090 |

I certify the above information and any attached statement is complete and accurate. I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: 02/27/2023         Signature: /s/ Nathan R. Speed

                         Name:      Nathan R. Speed