FORM 32. Response to Notice to Advise of Scheduling Conflicts                    Form 32
                                                                                 July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

**Case Number:** 2022-1866, 2022-1867, 2022-1868

**Short Case Caption:** Google LLC v. Singular Computing LLC

| | |
|---|---|
| **Party Name(s)** | Singular Computing LLC |
| **Name of Arguing Counsel** | Peter Lambrianakos |
| **Dates Unavailable**<br><br>List up to **ten dates** of unavailability within the specific sessions identified by the court in the Notice to Advise of Scheduling Conflicts in this case.<br><br>**Attach a statement showing good cause for each listed date.** Dates listed without a supporting statement will not be considered in scheduling argument. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34. | July 10, 2023<br>July 11, 2023<br>July 12, 2023<br>July 13, 2023<br>July 14, 2023<br>September 5, 2023<br>September 7, 2023<br>October 5, 2023 |
| **Potential Other Conflicts**<br><br>Please list other pending cases before this court in which above counsel intends to argue (regardless of case status). | |

I certify the above information and any attached statement is complete and accurate. I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: February 27, 2023          Signature: /s/ Peter Lambrianakos

                                 Name:      Peter Lambrianakos

**SINGULAR COMPUTING LLC'S STATEMENT OF GOOD CAUSE REGARDING SCHEDULING CONFLICTS
RE APPEAL NOS. 2022-1866, 2022-1867, 2022-1868**

Counsel for Appellee, Singular Computing LLC, advises the Clerk of the Court that good cause exists for the dates identified in the accompanying Response to Notice to Advise of Scheduling Conflicts. Arguing counsel has the following conflicts: (1) a previously scheduled vacation July 10-14, 2023; (2) an oral hearing before the Patent Trademark Trial and Appeal Board in IPR2022-01059 on September 5, 2023; (3) an oral hearing before the Patent Trademark Trial and Appeal Board in IPR2022-01027 on September 7, 2023; and (4) an oral argument before the Patent Trademark Trial and Appeal Board in IPR2022-01124 on October 5, 2023.

Dated: February 27, 2023

Respectfully submitted,

/s/ Peter Lambrianakos
Alfred R. Fabricant
Peter Lambrianakos
Vincent J. Rubino, III
Enrique W. Iturralde
FABRICANT LLP
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

***ATTORNEYS FOR APPELLEE
SINGULAR COMPUTING LLC***