**2022-1866, 2022-1867, 2022-1868**

# United States Court of Appeals
## for the
## Federal Circuit

**GOOGLE LLC**,
*Appellant,*

v.

**SINGULAR COMPUTNG LLC**,
*Appellee.*

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Case Nos. IPR2021-00155, IPR2021-00165, and IPR2021-00179

### APPELLEE'S CERTIFICATE OF COMPLIANCE WITH FEDERAL CIRCUIT RULE 25.1

Alfred R. Fabricant
Peter Lambrianakos
Vincent J. Rubino, III
Richard M. Cowell
FABRICANT LLP
411 Theodore Fremd Avenue
Suite 206 South
Rye, New York 10580
(212) 257-5797

James J. Foster
**PRINCE LOBEL TYE LLP**
One International Place Suite 3700
Boston, MA 02110
(617) 456-8000

April 6, 2023

***Attorneys for Appellee Singular Computing LLC***

Appellee Singular Computing LLC certifies that it has complied with Federal Circuit Rule 25.1.

Dated: April 6, 2023

Respectfully submitted,

<u>*/s/ Peter Lambrianakos*</u>
Peter Lambrianakos
Richard M. Cowell
Alfred R. Fabricant
Vincent J. Rubinio, III
**FABRICANT LLP**
411 Theodore Fremd Avenue
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

James J. Foster
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Telephone: (617) 456-8000

*Attorneys for Appellee*
*Singular Computing LLC*

# CERTIFICATE OF SERVICE AND FILING

I hereby certify that a true and correct copy of the foregoing Appellee Singular Computing LLC's Certificate of Compliance with Federal Circuit Rule 25.1 has been electronically filed with the Clerk of Court using the CM/ECF system, which will serve via e-mail notice of such filing to all counsel registered as CM/ECF users.

Dated:  April 6, 2023

        */s/ Peter Lambrianakos*
Peter Lambrianakos
Richard M. Cowell
Alfred R. Fabricant
Vincent J. Rubinio, III
**FABRICANT LLP**
411 Theodore Fremd Avenue
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

***Attorneys for Appellee***
***Singular Computing LLC***